

ORIGINAL

FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0338

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0338

DUANE RONALD BELANUS,

Petitioner,

v.

LYNN GUYER,

Respondent.

FILED

AUG 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Duane Ronald Belanus petitions this Court for rehearing of the July 21, 2020 Order denying and dismissing his petition for a writ of habeas corpus. He explains that he seeks rehearing because of mistakes in the Court's Order.

With respect to petitions for rehearing of orders disposing of petitions or motions, this Court may not grant rehearing in the absence of "clearly demonstrated exceptional circumstances[.]" M. R. App. P. 20(l)(d). Belanus has not demonstrated any exceptional circumstances to warrant rehearing. M. R. App. P. 20(1)(d). Therefore,

IT IS ORDERED that Belanus's Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Duane Ronald Belanus personally.

DATED this 18 day of August, 2020.

Justices